IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EYESMATCH LTD. and MEMOMI LABS INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-111 (RGA) |
| FACEBOOK, INC., INSTAGRAM, LLC and WHATSAPP INC., | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Facebook, Inc., Instagram, LLC, and WhatsApp Inc. (collectively "Defendants") hereby file this motion to dismiss Plaintiffs' Complaint because Plaintiffs' indirect infringement allegations fail to state a claim upon which relief may be granted under *Iqbal/Twombly*. The grounds for this motion are set forth in Defendants' Opening Brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Heidi Keefe
Reuben H. Chen
Lowell Mead
Elizabeth Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5000

March 22, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 22, 2021, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                      *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Matthew D. Powers, Esquire                                    *VIA ELECTRONIC MAIL*
William P. Nelson, Esquire
Natasha M. Saputo, Esquire
Gina Cremona, Esquire
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA  94065
*Attorneys for Plaintiffs*


                                                   */s/ Karen Jacobs*

                                                   _____

                                                   Karen Jacobs (#2881)