IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EYESMATCH LTD. and<br>MEMOMI LABS INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., INSTAGRAM, LLC<br>and WHATSAPP LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 21-111 RGA-JLH<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to D. Del. LR 7.1.2(b), and in advance of the motion hearing set for September 21, 2021, Defendants Facebook, Inc., Instagram, LLC, and WhatsApp LLC (collectively "Defendants") wish to bring to the Court's attention the orders in *WSOU Investments LLC v. Xilinx, Inc.*, C.A. No. 20-1228-CFC-JLH, D.I. 36 (D. Del. May 21, 2021) (Report and Recommendation) and *WSOU Investments LLC v. Xilinx, Inc.*, C.A. No. 20-1228-CFC-JLH, D.I. 40 (D. Del. June 8, 2021) (adopting Report and Recommendation) as supplemental authority in support of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 7). True and correct copies of the orders are attached hereto as Exhibits A and B respectively.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Heidi Keefe<br>Reuben H. Chen<br>Lowell Mead<br>Elizabeth Stameshkin<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000<br><br>August 24, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Cameron P. Clark*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 24, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Matthew D. Powers, Esquire<br>William P. Nelson, Esquire<br>Natasha M. Saputo, Esquire<br>Gina Cremona, Esquire<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)