IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EYESMATCH, LTD., and MEMOMI LABS, INC., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 21-111-RGA-JLH |
| FACEBOOK, INC., INSTAGRAM, LLC, and WHATSAPP, LLC, | : : : | |
| Defendants. | : : | |

**ORDER**

This **18th** day of October 2021, upon consideration of the Magistrate Judge's Report and Recommendation dated October 1, 2021 (D.I. 48), and no objections to the Report and Recommendation having been received, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 48) is **ADOPTED**.

2. Defendants' motion to dismiss (D.I. 7) is **GRANTED-IN-PART and DENEID-IN-PART.** Plaintiff's pre-suit indirect infringement claims are DISMISSED, and Defendants' motion in all other respects is DENIED.

/s/ Richard G. Andrews
United States District Judge