IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EYESMATCH LTD. and MEMOMI LABS INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-111 (RGA) (JLH) ) |
| FACEBOOK, INC., INSTAGRAM, LLC and WHATSAPP LLC, | ) ) ) |
| Defendants. | ) |

**JOINT APPENDIX FOR JOINT CLAIM CONSTRUCTION BRIEF**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com
OF COUNSEL:

Heidi Keefe
Reuben H. Chen
Lowell Mead
Elizabeth Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650)     -5000

*Attorneys for Defendants*

FARNAN LLP

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


OF COUNSEL:
Matthew D. Powers
William P. Nelson
Natasha M. Saputo
Gina Cremona
TENSEGRITY LAW GROUP, LLP 555 Twin Dolphin Drive, Suite 650 Redwood Shores, CA 94065 Telephone: (650) 802-6000
Facsimile: (650) 802-6001

        matthew.powers@tensegritylawgroup.com
        william.nelson@tensegritylawgroup.com
        natasha.saputo@tensegritylawgroup.com
        gina.cremona@tensegritylawgroup.com
        eyesmatch_service@tensegritylawgroup.com

*Attorney for Plaintiffs,*
*EyesMatch Ltd. and Memomi Labs Inc.*

# JOINT APPENDIX
# TABLE OF CONTENTS

- Exhibit 1: Declaration of Dr. David Forsyth in Support of Plaintiffs' Opening Claim Construction Brief — JA001
- Exhibit 2: CV of Dr. Forsyth — JA017
- Exhibit 3: Plaintiffs' Exhibit 1 — JA033
- Exhibit 4: Plaintiffs' Exhibit 2 — JA039
- Exhibit 5: Plaintiffs' Exhibit 3 — JA044
- Exhibit 6: Declaration of Joseph P. Havlicek, Ph.D in Support of Defendants' Responsive Claim Construction Brief — JA051
- Exhibit 7: CV of Dr. Havilcek — JA076
- Exhibit 8: Declaration of Lowell D. Mead in Support of Defendants' Responsive Claim Construction Brief — JA104
- Exhibit 9: Defendants' Exhibit A — JA106
- Exhibit 10: Defendants' Exhibit B — JA136
- Exhibit 11: Defendants' Exhibit C — JA139
- Exhibit 12: Defendants' Exhibit D — JA144
- Exhibit 13: Supplemental Declaration of Dr. David Forsyth in Support of Plaintiffs' Reply in Support of Their Claim Construction Brief — JA148
- Exhibit 14: Reply Declaration of Joseph P. Havlicek, Ph.D in Support of Defendants' Surreply Claim Construction Brief — JA153
- Exhibit 15: Declaration of Lowell D. Mead in Support of Defendants' Surreply Claim Construction Brief — JA165
- Exhibit 16: Defendants' Exhibit E — JA168
- Exhibit 17: Defendants' Exhibit F — JA179